LAW OFFICES OF BILL LATOUR
JESSICA WARREN [CSBN: 257274]
   1420 E. Cooley Dr., Suite 100
   Colton, California 92324
   Telephone: (909) 796-4560
   Facsimile: (909) 796-3402
   E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| RUBEN R. ORTIZ,<br><br>    Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>    Defendant. | No. EDCV 21-00939 AS<br><br>[~~PROPOSED~~] ORDER AWARDING EAJA FEES |

    Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), IT IS ORDERED that EAJA attorney fees are awarded in the amount of FIVE THOUSAND FIVE HUNDRED DOLLARS AND 00/100 ($5,500.00), and costs in the amount of ZERO ($0.00), subject to the terms of the stipulation.

DATE: __August 30, 2022__         _____/ s / Sagar_____
                                            HONORABLE ALKA SAGAR,
                                            UNITED STATES MAGISTRATE JUDGE